UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SAM TOCCO,**

        **Plaintiff,**      **CIVIL ACTION NO. 05-CV-70013-DT**

vs.

        **DISTRICT JUDGE PAUL D. BORMAN**

**SAM ANTHONY TOCCO, AND**      **MAGISTRATE JUDGE MONA K. MAJZOUB**
**KNOLLWOOD MEMORIAL PARK**
**CEMETERY ASSOCIATION,**

        **Defendants.**
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT

Before the Court is Plaintiff's Motion to Amend Complaint which has been referred to the undersigned for hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A). On October 6, 2005, the parties appeared before the Court to argue the matter. For the reasons enunciated in Court, Plaintiff's Motion to Amend Complaint is **GRANTED**. The Clerk of the Court is directed to accept for filing Plaintiff's Amended Complaint.

    **IT IS SO ORDERED.**

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).


Dated: October 6, 2005                  s/ Mona K. Majzoub
                                                                        MONA K. MAJZOUB
                                                                        UNITED STATES MAGISTRATE JUDGE

**Proof of Service**

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: October 6, 2005                              s/ Lisa C. Bartlett
                                                    Courtroom Deputy