UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAM TOCCO,

        Plaintiff,        CIVIL ACTION NO. 05-CV-70013-DT

vs.

        DISTRICT JUDGE PAUL D. BORMAN

SAM ANTHONY TOCCO, AND    MAGISTRATE JUDGE MONA K. MAJZOUB
KNOLLWOOD MEMORIAL PARK
CEMETERY ASSOCIATION,

        Defendants.
_____/

## ORDER GRANTING DEFENDANTS ZADA'S (DOCKET # 72) AND GONWAY'S (DOCKET # 75) MOTIONS FOR PROTECTIVE ORDER

Before the Court are Defendants Zada's and Gonway's Motions for Protective Order which have been referred to the undersigned for hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A). On October 6, 2005, the parties appeared before the Court to argue the matter. For the reasons enunciated in Court, both Defendants Zada's and Gonway's Motions for Protective Order are **GRANTED.** The entry of these Protective Orders precludes the depositions of either Defendant Zada or Gonway until after these Defendants have filed a responsive pleading to Plaintiff's Amended Complaint.

    **IT IS SO ORDERED.**

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

                              s/ Mona K. Majzoub
                              MONA K. MAJZOUB
Dated: October 6, 2005        UNITED STATES MAGISTRATE JUDGE

**Proof of Service**

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: October 6, 2005                              s/ Lisa C. Bartlett
                                                    Courtroom Deputy