UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAM TOCCO, individually, and
as the Trustee of THE SAM TOCCO
REVOCABLE TRUST dated July 11, 2001,

   Plaintiff/Counter-Defendant,   CASE NO. 05-70013

-vs-              PAUL D. BORMAN
                UNITED STATES DISTRICT JUDGE
SAM ANTHONY TOCCO, and
KNOLLWOOD MEMORIAL PARK
CEMETERY ASSOCIATION,

   Defendants/Counter-Plaintiffs,

*and*

HYMAN LIPPITT, P.C., JOHN GONWAY,
and JOSEPH P. ZADA,

   Defendants.
_____/

### ORDER (1) ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND (2) DENYING DEFENDANTS' MOTION TO DISMISS

  Having considered the Magistrate Judge's April 19, 2006 Report and Recommendation ("R&R"),

  **IT IS ORDERED** that the R&R is accepted and entered as the findings and conclusions of this Court, and that Defendants' Motion to Dismiss is DENIED.

            S/Paul D. Borman_____
            PAUL D. BORMAN
            UNITED STATES DISTRICT JUDGE

Dated: May 24, 2006

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 24, 2006.

            S/Jonie Parker_____
            Case Manager